IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TAMMI S. BELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil No. 14-cv-653-SMY-CJP |
| | ) |
| CAROLYN W. COLVIN, | ) |
| | ) |
| Defendant. | ) |

## ORDER for ATTORNEY'S FEES

**YANDLE, District Judge:**

Before the Court are plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act (Doc. 27) and the parties' Stipulation (Doc. 28).

In their Stipulation, the parties agree that plaintiff is entitled to an award in the amount of $6,100.00 for attorney's fees and $0 for costs.

The Court finds that plaintiff is the prevailing party and is entitled to an award of attorney's fees and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d)(1)(B). The Court further finds that the agreed upon amount is reasonable and appropriate.

Plaintiff's Motion (Doc. 27) is **GRANTED**, per the agreement set forth in Doc. 28. The Court awards plaintiff Tammi S. Bell the sum of **$6,100.00** (six thousand, one hundred dollars) for attorney's fees and $0 for costs pursuant to the Equal Access to Justice Act. These funds shall be payable to plaintiff, per *Astrue v. Ratliff*, 130 S.Ct. 2521

(2010). However, in accordance with the parties' agreement, any part of the award that is not subject to set-off to pay plaintiff's pre-existing debt to the United States shall be made payable to plaintiff's attorney pursuant to the EAJA assignment previously executed by plaintiff and her attorney.

**IT IS SO ORDERED.**

DATED:   July 9, 2015

s/Staci M. Yandle
**STACI M. YANDLE**
**DISTRICT JUDGE**
